IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTENSE WHITE,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>MCBANN MILLER,<br><br>　　　　　Respondent.<br>_____ / | 1:13-cv-01115-GSA (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(DOCUMENT #5) |

　　　Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

　　　On August 1, 2013, petitioner filed an application to proceed in forma pauperis. Due to the fact that the court authorized petitioner in forma pauperis status in the present case on July 19, 2013, IT IS HEREBY ORDERED THAT petitioner's application of August 1, 2013, is DISREGARDED AS MOOT.


　　　IT IS SO ORDERED.

　　　Dated:　**August 14, 2013**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE